RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 2/16/12
BY ____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GRAYLYN GRIFFIN,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-01892 |
| VERSUS | |
| WARDEN, AVOYELLES CORRECTIONAL CENTER,<br>    Respondent<br><br>    Respondent | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Griffin's Secton 2254 petition for writ of habeas corpus is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 16th day of February, 2012.

                                                    JAMES T. TRIMBLE, JR.
                                                UNITED STATES DISTRICT JUDGE