RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  3 / 6 / 12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GRAYLYN GRIFFIN | CIVIL ACTION NO. 1:10CV1892 |
| VERSUS | JUDGE TRIMBLE |
| WARDEN AVOYELLES CORRECTIONAL CENTER | MAGISTRATE JUDGE KIRK |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Alexandria_, Louisiana, this _6th_ Day of _March_, 2012.

James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE